IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Wells Fargo Financial Leasing, Inc., | ) | C/A No.: 3:09-1752-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Piggie Park Enterprises, Inc., d/b/a | ) | |
| Maurice's Gourmet Barbeque Pit-Stop, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

For the reasons set forth in the court's order today granting the plaintiff's motion for summary judgment [dkt #23], the court also dismisses the defendant's counterclaims which sought a determination that the Agreement was null and void and otherwise unenforceable.

IT IS SO ORDERED.

February 5, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge